162 F.3d 1152
 Glenn F. Straub
v.
Burrell Construction & Supply Co., a Pennsylvania
Corporation, Standard Terminals, Inc., a Pennsylvania
Corporation, Burrell Trucking Inc., a Pennsylvania
Corporation, Burrell Industrial Supply Co., a Pennsylvania
Corporation, Continental Development Co., a Pennsylvania
Corporation, Penn Builders Supply Co., a Pennsylvania
Corporation, River Sand & Supply Co., a Pennsylvania
Corporation, Mellon Bank, N.A., Western Pennsylvania Teamsters and
 NO. 97-3466
 United States Court of Appeals,
Third Circuit.
 June 26, 1998
 Appeal From: W.D.Pa. ,No.95cv00714
 
 1
 Affirmed.